HELEN EIFERT, as Administratrix of the Estate of JOHN
EIFERT, Deceased, Respondent, *v.* UNITED STATES FIDEL-
ITY AND GUARANTY COMPANY, Appellant.

Argued October 21, 1941; decided November 27, 1941.

*William Dike Reed* and *William J. McArthur* for appellant.
*Jules Chopak* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.